UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MADELINE GRIFFIN, #250395 | : | CIVIL NO. 3:20-CV-589 (JAM) |
| *Petitioner*, | : | |
| | : | |
| v. | : | |
| | : | |
| ROLLIN COOK, ET AL., | : | |
| *Respondents.* | : | MAY 8, 2020 |

## RESPONDENTS' RESPONSE TO THE ORDER TO SHOW CAUSE

In response to this Court's Order To Show Cause, (ECF Doc. #4), the Respondents respectfully move to dismiss Petitioner's action because this Court lacks subject matter jurisdiction. Petitioner brings this habeas action requesting habeas relief pursuant to 28 U.S.C. § 2241 as well as §2254. As shown by Respondents' moving papers, the Petitioner's claims fail as she has failed to exhaust available State Court habeas remedies and she has pending an unexhausted and actively litigated state court habeas petition. *Griffin v. Commissioner of Correction*, Judicial District of Tolland at Rockville, TSR CV17-4009012-S. Further, in response to the Order to Show Cause, Respondents respectfully file an accompanying memorandum of law, declarations and exhibits in support of this motion. For the convenience of the Court, the Respondents provide the following, index and listing to the moving and supporting exhibits.

## TABLE OF CONTENTS

- Exhibit A – Petitioner's Emergency Motion for Issuance of Bond, dated May 6, 2020
- Exhibit B – Docket sheet, *Madeline Griffin v. Commissioner of Correction*, Judicial District of Tolland at Rockville, TSR-CV17-4009012-S
- Exhibit C – Motion for Sentence Modification, dated May 5, 2020
- Exhibit D – Letter from Attorney Walter Bansley to Supervisory Assistant State's Attorney Robert Satti, dated May 4, 2020
- Exhibit E – *Madeline Griffin v. Commissioner of Correction*, Order on Petitioner's Emergency Motion for Issuance of Bond, dated May 6, 2020

- Exhibit F – E-mail from Kathryn Stackpole to Attorney Walter Bansley RE: Accepting Emergency Motion for Issuance of Bond, dated May 6, 2020
- Exhibit G – Declaration of Kathryn Leger Stackpole
- Exhibit H – State court dockets (exemplars) dated May 8, 2020
- Exhibit I – Declaration of Robert J. Cristiano
- Exhibit J – E-mail from Supervisory Assistant State's Attorney Robert Satti to Assistant Attorney General Steven Strom, dated May 4, 2020
- Exhibit K – *CCDLA* docket and decision
- Exhibit L – *Day v. Commissioner of Correction*, docket and decision
- Exhibit M – *State v. Greer*, decision and order
- Exhibit N – *Grimes v. Commissioner of Correction*, docket
- Exhibit O – Declaration of Michelle DeVeau
- Exhibit P – Declaration of Dr. Cary Freston
- Exhibit P-1 – Letter from Dr. Cary Freston to Dr. Robert Richeson, dated May 1, 2020
- Exhibit Q – Declaration of Acting Warden Daniel Dougherty

WHEREFORE, for all the reasons set forth in the memorandum in support of the motion to dismiss, and the

        RESPONDENTS
        Rollin Cook, *et al*.,

        WILLIAM TONG
        ATTORNEY GENERAL

BY: */s/ Lisamaria T. Proscino*
        Lisamaria T. Proscino
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct30588
        E-Mail: Lisamaria.Proscino@ct.gov
        Tel: (860) 808-5450
        Fax: (860) 808-5591

        BY: */s/ Steven R. Strom*
        Steven R. Strom
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT 06105
        Tel.: (860) 808-5450
        Fax: (860) 808-5591
        Federal Bar #ct01211
        E-Mail: steven.strom@ct.gov

## **CERTIFICATION**

I hereby certify that on May 8, 2020 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        */s/ Lisamaria T. Proscino*
        Lisamaria T. Proscino
        Assistant Attorney General