# EXHIBIT E

DOCKET NO: TSRCV174009012S     SUPERIOR COURT

GRIFFIN, MADELINE #250395     JUDICIAL DISTRICT OF TOLLAND
V.     AT SOMERS
COMMISSIONER OF CORRECTION

5/6/2020

## ORDER

The following order is entered in the above matter:

ORDER:

Counsel for the respondent are ordered to file a response to the petitioner's emergency motion for issuance of bond no later than 10:00 a.m. on Monday, May 11, 2020.

Emailed to counsel of record.

439590

Judge: TEJAS BHATT

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.