EXHIBIT F

# Proscino, Lisamaria

**From:** Stackpole, Kathryn <Kathryn.Stackpole@jud.ct.gov>
**Sent:** Wednesday, May 06, 2020 4:10 PM
**To:** Walter C. Bansley IV
**Cc:** Strom, Steven; Proscino, Lisamaria; Grosso, Tamara; Macchiarulo, Angela; Graham-Days, Zenobia
**Subject:** RE: EMERGENCY Motion for Bond - Madeline Griffin

Under the current circumstances, I will accept it. I will refer it to a judge for review.

Kathryn

-----Original Message-----
From: Walter C. Bansley IV <bansley4@bansleylaw.com>
Sent: Wednesday, May 6, 2020 4:07 PM
To: Stackpole, Kathryn <Kathryn.Stackpole@jud.ct.gov>
Cc: Strom, Steven <Steven.Strom@ct.gov>; Proscino, Lisamaria <Lisamaria.Proscino@ct.gov>; Tamara.Grosso@ct.gov; Angela.Macchiarulo@ct.gov; Graham-Days, Zenobia <Zenobia.Graham-Days@ct.gov>
Subject: EMERGENCY Motion for Bond - Madeline Griffin

Kathryn,

Will you accept the attached emailed emergency motion for filing or shall I fax it to Rockville?

Thanks,
Walt

Walter C. Bansley IV
Bansley Law, LLC

54 West Main Street, Mystic, CT 06355 <x-apple-data-detectors://8/0>
Phone: 860-326-5100 <tel:203.776.1900>
Fax: 860-326-5031 <tel:203.773.1904>

1