EXHIBIT P-1

 

# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
### 24 Wolcott Hill Road
### Wethersfield, CT 06109

May 1, 2020

Dr. Robert Richeson
Chief Operating Officer
CT DOC Health Services

**Re: Request for Medical Release Eligibility Information; Madeline Griffin #250395**

Dear Dr. Richeson,

Please accept this letter and information for your review. This pertains to a potential application for some form of medical release from incarceration for Madeline Griffin, residing at York Correctional Institution. This potential application is not initiated by the DOC Health Services, but rather in response to an external request. There is an extensive recent history of external inquiries and DOC replies to various parties, and resultant unscheduled extra health services activity in response to this request and other similar inquires.

Ms. Griffin is a 48-year-old woman who is serving a twelve-year sentence for Arson, First Degree, with a maximum release date of 1/10 2026. She is parole eligible on 9/15/2024.

Ms. Griffin currently carries a medical score of M-3, correlating to medium medical acuity. She houses in general population. She receives care for several chronic medical conditions, and these are stable under her current plan of care. Please note, for clarification – as there appears to be some misunderstanding or embellishment of facts from some community inquiry statements – the remote diagnosis of thyroid cancer in 2013 is not an active cancer, as this is in remission. Rather, she continues to be monitored and surveyed by the specialist for relapse, and thankfully, this has not been found.

Cary R. Freston, MD CCHP
CT Department of Correction
Health Services Unit
(860) 692-7559

Also for clarity regarding a fracture, Ms. Griffin did sustain a leg fracture in 2018 (closed Tibia). This fracture was treated by the Orthopedic service at UCHC. Per the specialist's evaluation, the fracture has healed and resolved, but there is pre-existing arthritic discomfort in her legs that is anticipated to be lifelong.

Ms. Griffin had her last full and comprehensive chronic diseases appointment with her PCP on 4/9/2020. The thyroid issue and the orthopedic issue were addressed, and follow-up labs were ordered.

The DOC Health Services is appropriately and adequately providing ongoing medical services to Mr. Griffin for her various medical conditions. Per the record review, she does not require special assistive services or accommodations.

Regarding potential medical and compassionate release mechanisms, Ms. Griffin appears not to be eligible for either Medical Furlough or Compassionate Medical Parole, by established criteria. She is receiving appropriate medical services. Therefore, the criteria of being unable to provide a medical service does not apply. She is ambulatory. Therefore, she does not meet the criteria of being so debilitated as to be unable to re-offend. And, she does not have a terminal disease likely to result in death. Functionally, she does not require a level of care which is appropriate for a skilled nursing facility (SNF).

Ms. Griffin does have chronic conditions that place her at higher risk of morbidity or mortality if she contracts COVID-19 illness. These include diabetes, obesity, sleep apnea, hypertension, asthma, and remote thyroid cancer – now in remission.

Thank you for your review of this information. I am available to provide further information, and to be of assistance.

Sincerely,


Cary R. Freston, MD CCHP
Regional Medical Director, Acting
CT DOC Health Services